UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nancy Haddad

(Name of the plaintiff or plaintiffs)

v.

City Colleges of Chicago

(Name of the defendant or defendants)

CIVIL ACTION

10CV6528
JUDGE ZAGEL
MAG. JUDGE NOLAN

RECEIVED
OCT 12 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Nancy Haddad__ of the county of __Cook__ in the state of __Illinois__.
3. The defendant is __City Colleges of Chicago__, whose street address is __226 West Jackson Boulevard, 4th Floor__,
(city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60606__
(Defendant's telephone number) __(312) - 553 - 2537__

II The plaintiff sought employment or was employed by the defendant at (street address) __6301 S. Halsted__ (city) __Chicago__
(county) __Cook__ (state) __Illinois__ (ZIP code) __60621__

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) __November__, (day) __01__, (year) __2008__.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) September (day) 23 (year) 2008.

   (ii) ☑ the Illinois Department of Human Rights, on or about (month) November (day) 13 (year) 2008.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

   a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    During my employment I was subject to different terms and conditions of employment, and a difference in wages, harassment and intimidation. I complained to defendant, and subsequently was laid off. I believe I have been discriminated against because of my race, Black, and retaliated against for engaging in a protected activity in violation of Title VII of the Civil Rights Act of 1964, and later FMLA.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☐ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☑ Direct the defendant to (specify): Compensate me for violation of Title VII of the Civil Rights Act 1964 and violation of FMLA Act by having me work while out on medical leave.
    (g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
    (h) ☐ Grant such other relief as the Court may find appropriate.

_____
Plaintiff's signature

Nancy L. Haddad
Plaintiff's name

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) July (day) 15 (year) 2010 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981). + violated FMLA USC 2601
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a) ☐ failed to hire the plaintiff.
   (b) ☐ terminated the plaintiff's employment.
   (c) ☐ failed to promote the plaintiff.
   (d) ☐ failed to reasonably accommodate the plaintiff's religion.
   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ failed to stop harassment;
   (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h) ☒ other (specify): Defendant also violated FMLA USC 2601

Plaintiff's street address  11455 S. Lothair Ave.

City Chicago   State Illinois   ZIP 60643

Plaintiff's telephone number (312) 546-2348

Date: 10-12-2010

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>Amended<br>440-2008-07818 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mrs. Nancy Haddad | Home Phone (Incl. Area Code)<br>(312) 731-4415 | Date of Birth<br>05-06-1961 |
|---|---|---|

Street Address: 4734 1/2 Woodlawn Ave Apt. #3c, Chicago, IL 60615

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>CITY COLLEGES OF CHICAGO | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(773) 602-5365 |
|---|---|---|

Street Address: 6301 S. Halsted, Chicago, IL 60621

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-01-2007   Latest: 09-23-2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on August 18, 2006. My current position is Catering Manager. During my employment, I was subject to different terms and conditions of employment. I have also been subject to difference in wages, harassment and intimidation. I complained to Respondent, and subsequently, I was given more responsibilities.

I believe I have been discriminated against because of my race, Black, and retaliated against for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
NOV 13 2008
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 11-1-08    Charging Party Signature: Nancy Haddad

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Nancy Haddad**
**11455 S. Lothair**
**Chicago, IL 60643**

From: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

**CERTIFIED MAIL 7010 0780 0001 7853 4883**     CP

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2009-00995 | **Teresa Napier,** Investigator Support Asst | (312) 886-5398 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     7/13/10
**John P. Rowe,**     *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    **CITY COLLEGES OF CHICAGO**